**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**IN RE: REQUEST FOR**
**CERTIFICATE OF GOOD STANDING**                    **1:21-MC-00017**
                                                                                    **2:21-MC-00018**

-----------------------------------------------------------X

I, _____, hereby request a copy of my certificate
of good standing.

My date of admission to the Eastern District of New York is _____.

My state attorney registration number is _____.

Law Firm or Other Employer;_____

Address: _____

_____

_____


Phone: _____   Mobile Phone: _____

Email: _____


Dated: _____          _____
                                                                 Signature